UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　Plaintiff,<br><br>　　vs.<br><br>AUDORO GALVAN-ARCEO (1),<br><br>　　　　　　　Defendant. | CASE NO. 11CR5299<br><br>**JUDGMENT OF DISMISSAL** |

FILED
DEC 19 2011
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY　　　　　　　　DEPUTY

　　　　IT APPEARING that the defendant is now entitled to be discharged for the reason that:

**X**　an indictment has been filed in another case against the defendant and the Court has granted the motion of the Government for dismissal of this case, without prejudice; or

___　the Court has dismissed the case for unnecessary delay; or

___　the Court has granted the motion of the Government for dismissal, without prejudice; or

___　the Court has granted the motion of the defendant for a judgment of acquittal; or

___　a jury has been waived, and the Court has found the defendant not guilty; or

___　the jury has returned its verdict, finding the defendant not guilty;

**X**　of the offense(s) as charged in the Information:

　　　31USC 5332(a) AND 31 USC 5317(c)(1) and 5332(a)(1) and (b)(2)

---

　　- BULK CASH SMUGGLING AND CRIMINAL FORFEITURE

---

　　　　IT IS THEREFORE ADJUDGED that the defendant is hereby discharged.

DATED: 12/19/11

　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　Thomas J Whelan
　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE